FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 8 1999

JAMES W. McCORMACK, CLERK
By: _____ DEPT. CLERK

Ricky Cox, Jr.
_____
_____

(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

V.                                    CASE NO. J-C-99-228

Chris McRoy, West Memphis Police Dept.,
Toro, West Memphis Police Dept. Dog,
John Doe, and West Memphis Police Dept.

(Enter above the full name of defendant or defendants, in this action.)

This case assigned to District Judge HOWARD
and to Magistrate Judge YOUNG

I.  Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____   No ✓

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this lawsuit

            Plaintiffs: _____
            _____

            Defendants: _____
            _____

        2.  Court (if federal court, name the district; if state court, name the county: _____

-1-

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: *Arkansas Department of Corrections, Cummins Unit.*

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____ No ✓

B. If your answer is YES, Attach copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

C. If your answer is NO, explain why not: *This suit is against West Memphis, Arkansas, Police Officers and Department.*

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: *Ricky Cox, Jr.*
Address: *Cummins Unit, Arkansas Dept. of Corrections, P.O. Box 500, Grady, AR 71644*

Name of plaintiff: _____

Address: _____

Name of plaintiff: _____

Address: _____

-2-

(In item 8 below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: _Chris McRoy_
Position: _Police Officer_
Place of employment: _West Memphis, AR. Police Dep._
Address: _West Memphis, AR._

Defendant: _Toro - Police Dog_
Position: _Police Officer_
Place of employment: _West Memphis, Police Dept._
Address: _West Memphis, AR._

Defendant: _John Doe_
Position: _Police Officer_
Place of employment: _West Memphis Police Dept._
Address: _West Memphis, AR._

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

-1-

3.

## STATEMENT OF CLAIM

1. IN WEST MEMPHIS, ARKANSAS, IN THE MONTH OF FEBRUARY 1998, PLAINTIFF WAS DRIVING DOWN BROADWAY BEING FOLLOWED BY A POLICE CAR WITHOUT HIS LIGHTS FLASHING TO STOP PLAINTIFF. ONCE PLAINTIFF MADE IT TO HIS GIRL FRIEND HOUSE (YU SHAWN BELL), WHICH SHE STAYS ON STEWART ST., WEST VIEW APARTMENTS, THE OFFICER TOLD PLAINTIFF TO COME HERE. BUT, PLAINTIFF KEPT GOING TO THE BACK OF THE HOUSE AND WENT INSIDE. THE OFFICER CAME TO THE BACK DOOR AND ASKED TO BE LET INSIDE. BUT TO KNOW AVAIL. HE DID NOT HAVE A SEARCH WARRANT OR A REASON TO ENTER THE APARTMENT.

2. FINALLY, THE OFFICER WENT AND GOT THE LANDLORD TO OPEN THE DOOR, WITHOUT A SEARCH WARRANT, AND ONCE INSIDE ANOTHER OFFICER, CHRIS MCKOY, MADE HIS POLICE DOG ATTACK PLAINTIFF INSIDE THE HOUSE FOR KNOW REASON AT ALL, INJURING PLAINTIFF LEFT ARM SEVERLY. OFFICER BOBBY WILSON PULLED THE DOG OFF PLAINTIFF. THIS WAS TOTALLY CRUEL AND UNUSAL PUNISHMENT BY CHRIS MCKOY. SGT. SANDER OF THE WEST MEMPHIS POLICE DEPARTMENT TOOK PICTURES OF PLAINTIFF ARM.

3. PLAINTIFF WAS TAKEN TO A CLINIC, IN CRITTEN COUNTY, ARKANSAS, FOR HIS INJURED ARM. THE POLICE DOG HAD BITTEN HIM SEVERELY.

4. PLAINTIFF CONTENDS THAT HIS 8TH AND 14TH AMENDMENT RIGHTS WAS VIOLATED DUE TO THE OFFICERS ILLEGAL ACTS.

    (A) THAT THE OFFICERS SHOULD HAVE USED HIS LIGHTS TO STOP, SEARCH, AND ARREST PLAINTIFF FOR ANY CRIMES.

    (B)

4

(B) That the officers did not have probable cause to enter Shawn Bell apartment.

(C) That the officers did not have probable cause to use the police dog on plaintiff.

### Relief Sought:

(A) Declaratory judgment that defendant's acts, etc. violated plaintiff's right of due process and his 8th Amendment right.

(B) $12,800 compensatory damages and $12,500 punitive damages, for his physical and mental anguish.

I declare under penalty of perjury (18 U.S.C. §1621) that the foregoing is true and correct.

Executed on this ___ day of ___, 1999.

_____
Signature

CC: File
Federal District Clerk.

V. Statement of Claim

State here as briefly as possible the _facts_ of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*SEE ATTACHED SHEET*

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*SEE ATTACHED SHEET*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___ day of *ATTACHED SHEET*, 19___

Signature(s) of plaintiff(s)

-4-